E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
International Narcotics, Money
  Laundering, & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2262
    Facsimile: (213) 894-0142
    E-mail:   miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
                FILED
         CLERK, U.S. DISTRICT COURT

         NOVEMBER 15, 2023

      CENTRAL DISTRICT OF CALIFORNIA
      BY:_____AF_____DEPUTY
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            v.<br><br>ERICK OVED ESTRADA, ET AL.,<br><br>        Defendants. | CR 2:23-cr-00564-MWF<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF MIRI SONG<br><br>**(UNDER SEAL)** |

     The government hereby applies <u>ex parte</u> for an order that the
indictment and any related documents in the above-titled case (except
the arrest warrants for the charged defendants) be kept under seal
until the government files a "Report Commencing Criminal Action" in
this matter.
//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of MiRi Song.

Dated: November 14, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MIRI SONG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF MIRI SONG

I, MiRi Song, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of <u>United States v. ERICK OVED ESTRADA, ET AL.</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on November 15, 2023.

2.    The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on November 15, 2023.  The likelihood of apprehending one or more of the charged defendants might jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the indictment.

3.    Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 14, 2023.

_____
MIRI SONG

1

1 | E. MARTIN ESTRADA
United States Attorney
2 | MACK E. JENKINS
Assistant United States Attorney
3 | Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
4 | Assistant United States Attorney
International Narcotics, Money
5 |   Laundering, & Racketeering Section
      1400 United States Courthouse
6 |      312 North Spring Street
      Los Angeles, California 90012
7 |      Telephone: (213) 894-2262
      Facsimile: (213) 894-0142
8 |      E-mail:   miri.song@usdoj.gov

9 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
                    FILED
              CLERK, U.S. DISTRICT COURT

              NOVEMBER 15, 2023

          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____AF_____ DEPUTY
```

10

11 |                UNITED STATES DISTRICT COURT

12 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,          CR

14 |          Plaintiff,               [PROPOSED] ORDER SEALING
                                       INDICTMENT AND RELATED DOCUMENTS
15 |             v.
                                       **(UNDER SEAL)**
16 | ERICK OVED ESTRADA, ET AL.,

17 |          Defendants.

18

19 |      For good cause shown, IT IS HEREBY ORDERED THAT:

20 |      Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the

21 | indictment and any related documents in the above-titled case (except

22 | the arrest warrants), the government's sealing application, and this

23 | order shall be kept under seal until such time as the government

24 | files a "Report Commencing Criminal Action" in this matter.

25

26 | _November 15, 20263_____        _____/ s / Sagar_____
27 | DATE                              HONORABLE ALKA SAGAR
                                       UNITED STATES MAGISTRATE JUDGE
28

                              1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____        _____
DATE                                    HONORABLE ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE