|   |   |
|---|---|
| 1 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 2 | MACK E. JENKINS |
|   | Assistant United States Attorney |
| 3 | Chief, Criminal Division |
|   | MIRI SONG (Cal. Bar No. 291140) |
| 4 | Assistant United States Attorney |
|   | International Narcotics, Money |
| 5 |   Laundering, & Racketeering Section |
|   |     1400 United States Courthouse |
| 6 |     312 North Spring Street |
|   |     Los Angeles, California 90012 |
| 7 |     Telephone: (213) 894-2262 |
|   |     Facsimile: (213) 894-0142 |
| 8 |     E-mail:    miri.song@usdoj.gov |

FILED
CLERK, U.S. DISTRICT COURT
NOVEMBER 15, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

ERICK OVED ESTRADA, ET AL.,

　　　　Defendants.

CR  2:23-cr-00564-MWF

[~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS

**(UNDER SEAL)**

　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

November 15, 20263　　　　　　　　　　　/ s / Sagar
DATE　　　　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____       _____
DATE                                           HONORABLE ALKA SAGAR
                                                UNITED STATES MAGISTRATE JUDGE