# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
11/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

- Case Number: 2:23-cr-00564-MWF
- U.S.A. v. Tomas Marquez-Ruiz
- Defendant Number: 3
- Year of Birth: 1986
- [✓] Indictment
- [ ] Information
- Investigative agency (FBI, DEA, etc.): DEA

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
- [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 2019-2020

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [✓] Los Angeles
- [✓] Ventura
- [ ] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other

Citation of Offense: 21 U.S.C. §§ 846, 841(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No   [ ] Yes

If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

- A complaint/CVB citation was previously filed on: N/A
- Case Number: N/A
- Assigned Judge: N/A
- Charging: N/A

The complaint/CVB citation:
- [ ] is still pending
- [ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
- IF YES, provide Name: N/A
- Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: N/A

Case Number: N/A

The superseded case:
- [ ] is still pending before Judge/Magistrate Judge N/A
- [ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
- [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): "El Cafecito"

This defendant is charged in:
☐ All counts
☑ Only counts: 1, 3

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☑ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☐ Other  N/A

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☑ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. __20__ __21__ __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: N/A

Date: 11/14/2023

Signature of Assistant U.S. Attorney
MIRI SONG
Print Name