UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **2:23-cr-00564-MWF-6**　　Date: 11/22/2023

Present: The Honorable: **Rozella A. Oliver, U.S. Magistrate Judge**

Interpreter N/A　　　　　　　　　　　　　Language N/A

| Donnamarie Luengo | 11/22/2023 | Miri Song |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)　✓ Present　In Custody　　　Attorneys for Defendants:　✓ Present　CJA

Zoila Michelle Estrada　　　　　　　　　　　　Juarez, Carlos L.

**Proceedings: Arraignment of Defendant and/or　✓ Assignment of Case　　Appointment of Counsel**

\* Court does not question defendant as to true name.

\* Defendant is arraigned under name on charging document.

\* Defendant acknowledges having read charging document and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the charging document.

\* This case is assigned to Judge Michael W. Fitzgerald.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/16/2024 8:30 AM; Status Conference: 12/4/2023 3:00 PM

\* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:　PSALA　　　　PSAED　　　PSASA
　✓ USMLA　　　USMED　　　USMSA
　　Statistics Clerk　　　　　　Interpreter
　✓ CJA Supervising Attorney　Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: DL by TRB