UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:23-cr-00564-MWF-4 | | Date: 11/22/2023 |
| Present: The Honorable: Rozella A. Oliver, U.S. Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Donnamarie Luengo | 11/22/2023 | Miri Song |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody         Attorneys for Defendants:  ✓ Present  CJA

Gilberto Marquez                                               Robertson, John D.

**Proceedings:** Arraignment of Defendant and/or  ✓ Assignment of Case    Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/16/2024 8:30 AM; Status Conference: 12/4/2023 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA              Appointment of Counsel: 00 : 00
  ✓ USMLA        USMED        USMSA              Arraignment: 00 : 02
     Statistics Clerk        Interpreter                    Initials of Deputy Clerk: DL by TRB
  ✓ CJA Supervising Attorney    Fiscal