UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. | 2:23-cr-00564-MWF-2 |
| Date: | 11/22/2023 |
| Present: The Honorable: | Rozella A. Oliver, U.S. Magistrate Judge |
| Interpreter | N/A |
| Language | N/A |

| Donnamarie Luengo | 11/22/2023 | Miri Song |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present DFPD |
|---|---|
| Arian Alani | Coit, Shannon M. |

**Proceedings:** Arraignment of Defendant and/or ✓ Assignment of Case    Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/16/2024 8:30 AM; Status Conference: 12/4/2023 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA      PSAED      PSASA
  ✓ USMLA      USMED      USMSA
   Statistics Clerk       Interpreter
   CJA Supervising Attorney   Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: DL by TRB