UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:23-cr-00564-MWF -1 | Date: 11/22/2023 |
| Present: The Honorable: | Rozella A. Oliver, U.S. Magistrate Judge | |
| Interpreter N/A | | Language N/A |

| Donnamarie Luengo | 11/22/2023 | Miri Song |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)   ✓ Present   In Custody | Attorneys for Defendants:   ✓ Present   Retained |
|---|---|
| Erick Oved Estrada | Beltran, Andy Ryan |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel

* Court does not question defendant as to true name.

* Defendant is arraigned under name on charging document.

* Defendant acknowledges having read charging document and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the charging document.

* This case is assigned to Judge Michael W. Fitzgerald.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/16/2024 8:30 AM; Status Conference: 12/4/2023 3:00 PM

* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Appointment of Counsel: 00 : 00 |
|---|---|---|---|---|
| | ✓ USMLA | USMED | USMSA | Arraignment: 00 : 02 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: DL by TRB |
| | CJA Supervising Attorney | | Fiscal | |