Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2023 NOV 22 AM 9:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:23-CR-000564-MWF - 4 | |
| Gilberto MARQUEZ<br>USMS# 10478506<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/21/2023 at 0800 ☒ AM ☐ PM

   or

   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   21USC846

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ___

7. Year of Birth: 1989

8. Defendant has retained counsel: ☒ No

   ☐ Yes Name: ___ Phone Number: ___

9. Name of Pretrial Services Officer notified: Email

10. Remarks (if any): ___

11. Name: Carl White (please print)

12. Office Phone Number: 805-297-6192

13. Agency: DEA

14. Signature: s/ Carl White

15. Date: 11/22/2023

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION