Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty

FILED
2023 NOV 22 AM 9:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
ALANI, ARIAN
USMS# _____
DEFENDANT

CASE NUMBER: 2:23-CR-00564-MWF -2

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **11-21-2023** at **7:30** ☑ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 U.S.C. §§ 841(a)(1), (b)(1)(C) Distribution of Fentanyl Resulting in Death

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _____

7. Year of Birth: **1989**

8. Defendant has retained counsel:  ☑ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: **Jaquilla Wright**   (please print)

12. Office Phone Number: **213-369-4337**   13. Agency: **DEA**

14. Signature: _[signature]_   15. Date: **11-21-2023**

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION