FILED
CLERK, U.S. DISTRICT COURT
NOV 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Zoila Michelle Estrada DEFENDANT. | CASE NUMBER: 23-cr-564-MWF-6 <br><br> **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
|---|---|

I, Zoila Michelle Estrada , declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

~~☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.~~

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of November, 2023
at Los Angeles, CA
*(City and State)*

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____    _____
                                    *Interpreter*