# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) <br> v. <br> Gilberto Marquez <br> Defendant(s) | 2:23-CR-00564-MWF <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Gilberto Marquez     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Ambrosio E. Rodriguez                                                          who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

626 Wilshire Boulevard
*Street Address*

Los Angeles, CA 90017                          aer@aerlawgroup.com
*City, State, Zip*                                         *E-Mail Address*

213-995-6767              213-995-6368              200880
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of  John D. Robertson
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY