UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:23-cr-00564-MWF-5 | Date: 12/1/2023 |
| Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Isabel Verduzco | 12/01/2023 | Clifford Mpare |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✓ Present  In Custody | Attorneys for Defendants:  ✓ Present  CJA |
|---|---|
| Caseya Chanel Brown | Reed, Kenneth A |

**Proceedings: Arraignment of Defendant and/or    ✓ Assignment of Case    Appointment of Counsel**

* Defendant states true name is the name on the charging document.

* Defendant is arraigned under name on charging document.

* Defendant pleads "not guilty" to all counts of the charging document.

* This case is assigned to Judge Michael W. Fitzgerald.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/23/2024 8:30 AM; Status Conference: 12/11/2023 3:00 PM

* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED        PSASA
  ✓ USMLA         USMED        USMSA
     Statistics Clerk            Interpreter
  ✓ CJA Supervising Attorney    Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: IV by TRB