## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-CR-00564-MWF  - 04 |
| v. | |
| Gilberto Marquez, | **ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Gilberto Marquez                     ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute  Ambrosio E. Rodriguez                                      who is

☒ Retained Counsel       ☐ Counsel appointed by the Court (Criminal cases only)       ☐ Pro Se

626 Wilshire Boulevard
*Street Address*

Los Angeles, CA 90017                         aer@aerlawgroup.com
*City, State, Zip*                             *E-Mail Address*

213-995-6767                  213-995-6368                  200880
*Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record instead of  John D. Robertson
*List **all attorneys from same firm** or agency  who are  withdrawing.*

**is hereby**        ☒ **GRANTED**        ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated    December 4, 2023

MICHAEL W. FITZGERALD
United States District Judge