Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 DEC -1 AM 10: 30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.       PLAINTIFF | 2:23CV564-MWF -5 |
| CASEYA CHANEL BROWN | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 89398-510    DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/1/2023 at 945 ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:

   21 USC 846, 841 (a)(1) - Conspiracy to Distribute Controlled Substance

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: N/A

7. Year of Birth: 1984

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: N/A            Phone Number: N/A

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ___

11. Name: O.Runyan               (please print)

12. Office Phone Number: 213-620-7676        13. Agency: USMS

14. Signature: _____                15. Date: 12/1/2023

CR-64 (09/20)        REPORT COMMENCING CRIMINAL ACTION