UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-CR-00564-MWF |
| v. | |
| CASEYA C. BROWN | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint ROBERT M. HELFEND, Esquire, as my attorney to appear for me throughout all proceedings in this case.

12-1-23
Date

Defendant's Signature

L.A., CA
City and State

## APPEARANCE OF COUNSEL

I, ROBERT M. HELFEND Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

12-1-23
Date

Attorney's Signature

113380
California State Bar Number

23838 P.C.H., No. 309
Street Address

MALIBU, CA 90265
City, State, Zip Code

310-456-3317    818-222-1530
Telephone Number    Fax Number

RMHELFEND@GMAIL.COM
E-mail Address

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL