**Carlos L. Juárez, Esq.**                SBN 86196
**Law Office of Carlos L. Juarez**
**P.O. Box 2464**
**Riverside, CA 92516**
Phone:   (951) 742-7354
Fax:        (951) 742-7358
E-Mail:   juarezlaw52@yahoo.com

Attorney for Defendant,
ZOLIA MICHELLE ESTRADA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZOLIA MICHELLE ESTRADA,<br><br>　　　　Defendant, | Case No.: 2:23-CR-00564-MWF-6<br><br>**ORDER RE: EX PARTE APPLICATION TO MODIFY BOND CONDITIONS** |

　　The Court, having considered the ex parte application to modify the bond conditions of pre-trial release, filed by Defendant Zolia Michelle Estrada, and good cause appearing therefore:

　　IT IS HEREBY ORDERED THAT Edith Maldonado be added as a surety to other bond conditions.

　　All other terms and conditions remain in full effect.

December 11, 2023                                            _/s/ Rozella A. Oliver_
_____                                 _____
Date                                                                    HONORABLE ROZELLA A. OLIVER
                                                                              UNITED STATES MAGISTRATE JUDGE