# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>ERICK OVED ESTRADA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 23-564-MWF-01<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
The Notice of Appearance of Counsel was not properly flattened and prepared for filing. The document is blank. The Court is unable to add attorney John Kelly as counsel for Defendant Erick Oved Estrada.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Notice of Appearance of Counsel, Docket No. 67 | December 11, 2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

December 11, 2023
Date

*/s/ Michael W. Fitzgerald*
United States District Judge

CV-80 (12/22)   ORDER STRIKING FILED DOCUMENTS FROM THE RECORD