# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ERICK OVED ESTRADA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cr−00564−MWF<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __12/12/2023__ | __71__ | __Notice of Appearance of Counsel__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

　　The document is STRICKEN. This is counsel's second attempt to file a Notice of Appearance of Counsel. If assistance is needed, contact the CM/ECF Help Desk (http://www.cacd.uscourts.gov/e−filing/cmecf−helpdesk) before re−filing the Notice.

DATED: December 12, 2023　　　　　　　　　　/s/ *Michael W. Fitzgerald*
　　　　　　　　　　　　　　　　　　　　　　United States District Judge