Name & Address:

Shannon Coit, DFPD
Office of the Federal Public Defender
321 E. Second Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 23-CR-00564-MFW |
| v. | |
| Arian Alani | **NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Rozella A. Oliver

on Wednesday, December 20th  at 9:00   ☑ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

_____  _____  _____
Date                     Deputy Clerk             Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☐ PSA.