FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-CR-00564-MWF |
| v. | |
| TOMAS MARQUEZ-RUIZ | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **George Anthony Quevedo**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

12-19-2023
Date

_____
Defendant's Signature

Los Angeles, CALIFORNIA
City and State

## APPEARANCE OF COUNSEL

I, **George A. Quevedo** Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

12-19-2023
Date

_____
Attorney's Signature

80557
California State Bar Number

2314 S. Garfield Ave
Street Address

Monterey Park, CA, 91754
City, State, Zip Code

(323) 887-7548         (323) 447-1005
Telephone Number        Fax Number

Aboga@yahoo.com
E-mail Address

CR-14 (01/07)        **DESIGNATION AND APPEARANCE OF COUNSEL**