**Carlos L. Juárez, Esq.**          SBN 86196
**Law Office of Carlos L. Juarez**
**P.O. Box 2464**
**Riverside, CA 92516**
**Phone:   (951) 742-7354**
**Fax:      (951) 742-7358**
**E-Mail:   juarezlaw52@yahoo.com**

```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                12/12/2023

                             CENTRAL DISTRICT OF CALIFORNIA
                             BY:          jo          DEPUTY
```

Attorney for Defendant,
ZOILA MICHELLE ESTRADA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   **Case No.: 2:23-CR-00564-MWF-6**
                                   )
              Plaintiff,           )   **DECLARATION OF EDITH**
                                   )   **MALDONADO IN SUPPORT OF**
       vs.                         )   **EX PARTE APPLICATION TO**
                                   )   **MODIFY CONDITIONS OF**
ZOILA MICHELLE ESTRADA,            )   **RELEASE**
                                   )
              Defendant,           )

---

## DECLARATION OF EDITH MALDONADO

I, Edith Maldonado, declare and state:

1.      I am the mother of defendant Zoila Michelle Estrada. I agree to be added as an additional bond surety in my daughters' care.

2.      Today, I reviewed the pleading entitled "Ex Parte Application of Defendant Zoila Michelle Estrada to Modify Conditions of Pretrial Supervised Release" (Doc.#64, 68). I have no objection to the requested modifications to conditions of pretrial supervised release, and agree that I be added as a bond surety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December 2023, at Los Angeles, California.

_Edith Maldonado_
Edith Maldonado