Carlos L. Juárez, Esq.   SBN 86196
Law Office of Carlos L. Juarez
P.O. Box 2464
Riverside, CA 92516
Phone:  (951) 742-7354
Fax:    (951) 742-7358
E-Mail:  juarezlaw52@yahoo.com

Attorney for Defendant,
ZOILA MICHELLE ESTRADA



FILED
CLERK, U.S. DISTRICT COURT
12/12/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00564-MWF-6 |
| Plaintiff, | DECLARATION OF JAQUELINE MARQUEZ IN SUPPORT OF EX PARTE APPLICATION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| ZOILA MICHELLE ESTRADA, | |
| Defendant, | |

### DECLARATION OF JAQUELINE MARQUEZ

I, Jaqueline Marquez, declare and state:

1. I am the sister of defendant Zoila Michelle Estrada. I am one of the sureties approved by the Court of November 22, 2023. A request to add an additional surety, Edith Maldonado, was approved today, Dkt.#68.

2. Today, I reviewed the pleading entitled "Ex Parte Application of Defendant Zoila Michelle Estrada to Modify Conditions of Pretrial Supervised Release" and Order Dkt.#64 and 68. I have no objection to the requested modifications to conditions of pretrial supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December 2023, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　／s／ Jaqueline Marquez