Recommend: ☒ Approval   ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☐ Sufficient amount of equity
☐ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☐ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☐ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On   12/18/23                    x 2274
     Date                              Extension

By:   Benedetto Balding
    Assistant U.S. Attorney

Signature:   *M M*

LODGED

2023 DEC 12 PM 1: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

BY:

FILED
CLERK, U.S. DISTRICT COURT

DEC 20 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF, | CASE NUMBER |
|---|---|---|
| v. | | CR 23-564-MFW-6 |
| Zoila Michelle Marquez | | |
| | DEFENDANT(S). | **AFFIDAVIT OF SURETY(IES) (PROPERTY)** |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in Lake Elsinore, California _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 100,000 _____ ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

Address and description of property:

41121 Pascali Lane, Lake Elsinore, CA 93532
.22 acres M/L In Lot 90 Mb 374/080 Tr 25478

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

| Edith Maldonado | 41121 Pascali Ln |
|---|---|
| Print Name of Surety | Address of Surety |

X X X - X X- _7_ _8_ _9_ _5_     Lake Elsinore, CA 92532
Social Security Number *(Last 4 digits only)*     City, State, Zip Code

☐ Sole Holder or Owner     ☐ Tenancy in Common     ☑ Joint Tenancy     ☐ Other: _____

| Percentage of Interest of Surety % 50 | Present Fair Market Value of Property $ 560,000 *(supporting documentation attached)* | Total Amount of Encumbrances and/or All Liens $ 420,506.50 *(list below separately)* |
|---|---|---|

| Pennymac Loan Services | 3043 Townsgate Rd. Ste 200 Westlake Village CA 91361 |
|---|---|
| Name of Holder of 1st Encumbrance | Address, City, State, Zip Code |

| | |
|---|---|
| Name of Holder of 2nd Encumbrance | Address, City, State, Zip Code |

| | |
|---|---|
| Name of Holder of 3rd Encumbrance | Address, City, State, Zip Code |

Total Equity $ 131,000
*(after deduction of encumbrance/liens)*     Homesteaders  ☐ Yes  ☑ No     Amount of Exemption $ _____
Exemption Filed?

| 0 | 0 |
|---|---|
| Number of other bonds or undertakings | Amount of other bonds or undertakings |

Has the indicated property previously been *USED* as collateral?  ☐ Yes     ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes     ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this ____4____ Day of __December__ ____2023____.

| _Edith Maldonado_ | _Mother_ |
|---|---|
| Signature of Surety | Relationship of Surety |

| | |
|---|---|
| Signature of Surety | Relationship of Surety |

Above Surety Approved: _____     Dated: _12/21/23_
United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation          ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____     _____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                  )

County of _Los Angeles_                             )

On _12/4/2023_ before me, _Adelina Sarian (NOTARY PUBLIC)_
    *Date*                                   *Here Insert Name and Title of the Officer*

Personally appeared _Edith Maldonado_
                                   *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> ADELINA SARIAN
> Notary Public · California
> Los Angeles County
> Commission # 2448162
> My Comm. Expires May 28, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                   *Signature of Notary Public*

    *Place Notary Seal Above*
----------------------------------- **OPTIONAL**-----------------------------------
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document _____ Document Date _____

Number of Pages _____ Signer(s) Other Than Named Above _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name _____          Signer's Name _____
☐ Corporate Officer—Title(s) _____          ☐ Corporate Officer—Title(s) _____
☐ Partner   ☐ Limited   ☐ General                ☐ Partner   ☐ Limited   ☐ General
☐ Individual   ☐ Attorney in Fact                ☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator            ☐ Trustee   ☐ Guardian or Conservator
☐ Other _____                  ☐ Other _____

Signer Is Representing _____    Signer Is Representing _____

_____          _____