# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

December 20, 2023

To: Criminal Intake, Clerk's Office

From: Tiffany Rivers

    U.S. Probation and Pretrial Services Officer

Re: Estrada, Zoila

    Docket Number: 2:23-cr-00564-MWF-6



FILED
CLERK, U.S. DISTRICT COURT
12/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb    DEPUTY

The defendant's bond includes a condition to "Not possess any firearms, ammunition, destructive devices, or other dangerous weapon. Surrender any such item as directed by Supervising Agency within one week after release, and provide proof to Supervising Agency."

On December 18, 2023, Pretrial Services confirmed with the defendant and the defendant's mother and surety, Edith Maldonado, that there are no firearms located at their residence.

On December 19, 2023, Pretrial Services conducted a firearms check which revealed the defendant does not have any firearms registered under her name.