# United States Probation & Pretrial Services

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
12/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 8795051

**Passport Receipt**

Defendant Name: Zoila Michelle Estrada
Name on passport, if different:
Country of Origin: United States Passport Card
Date passport issued: July 24, 2019
Expiration date of passport: July 23, 2029
Ordered by court in the Central District of California
Docket Number: 2:23-CR-00564-RAO

U.S. Probation & Pretrial Services
Los Angeles – Roybal

___Zoila Michelle Estrada___
Surrendered By

___12/28/2024___
Date

___Maria Guerrero___
Received By

___12/28/2024___
Date

Returned To

Date

Surrendered By

Date

Purpose Returned
Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726
phone, 213-894-0231 fax