UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:23-CR-00564-MWF | | Date: 12/19/2023 |
| Present: The Honorable: Jean P. Rosenbluth, U.S. Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Bea Martinez | 12/19/2023 | Miri Song |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  CJA |
|---|---|
| TOMAS MARQUEZ-RUIZ | McBroom, Katherine |

**Proceedings:** Arraignment of Defendant and/or  ✔ Assignment of Case   Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/13/2024 8:30 AM; Status Conference:1/8/2024 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA         PSAED        PSASA
  ✔ USMLA         USMED        USMSA
     Statistics Clerk         Interpreter
  ✔ CJA Supervising Attorney         Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: BM by TRB