E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
International Narcotics, Money
  Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2262
     Facsimile: (213) 894-0142
     E-mail:    miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERICK OVED ESTRADA, ET AL., <br><br> **ERICK OVED ESTRADA (#1),** <br> **ARIAN ALANI (#2),** <br> **TOMAS MARQUEZ-RUIZ (#3)** <br> **GILBERTO MARQUEZ (#4)** <br> **CASEYA CHANEL BROWN (#5),** and <br> **ZOILA MICHELLE MARQUEZ (#6),** <br><br> Defendants. | No. CR 23-564-MWF <br><br> ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT <br><br> **TRIAL: 11/12/2024, at 8;30am** <br> **STATUS CONF: 10/7/2024, at 1:30pm** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the government and defendants Erick Oved Estrada, Arian Alani, Caseya Chanel Brown, and Zoila Michelle Estrada (collectively, the "defendants") in this matter on January 8, 2023.  The Court hereby finds that the Stipulation, which this Court incorporates by

reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued as to **all defendants** in this matter (**Defendants No. 1 through 6**) from the earliest set trial date of January 16, 2024 to November 12, 2024, at 8:30 a.m. The status conference hearing is continued to October 7, 2024, at 1:30 p.m.

2. The time period of January 16, 2024 to November 12, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Additionally, pursuant to 18 U.S.C. § 3161(h)(6), the time period of January 16, 2024 to November 12, 2024, inclusive, constitutes a reasonable period of delay for defendants MARQUEZ and MARQUEZ-RUIZ, who are joined for trial with co-defendants, as to whom the time for trial has not run and no motion for severance has been granted.

   3.   Defendants and their counsel shall appear in Courtroom 5A of the Federal Courthouse, 350 West First Street, Los Angeles, California on **October 7, 2024, at 1:30 p.m.** for a Status Conference, and on **November 12, 2024, at 8:30 a.m.** for trial.

   4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

   IT IS SO ORDERED.


 January 9, 2024
   DATE                                  MICHAEL W. FITZGERALD
                                         United States District Judge

cc: USPPO

Presented by:

     */s/ MiRi Song*
 MIRI SONG
 Assistant United States Attorney

3