| NAME & ADDRESS OR ATTORNEY(S) | |
|---|---|
| Shannon Coit, DFPD<br>Office of the Federal Public Defender<br>321 E. 2nd Street<br>Los Angeles, CA 90012 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Arian Alani<br><br>DEFENDANT. | CASE NUMBER<br><br>23-cr-00564-MWF<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant  Arian Alani
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  Rozella A. Oliver  by order dated: November 22, 2023

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

The defense previously sought release with a $200,000 bond partially secured by cash ($20,000) and proposed out-patient treatment. Since the last bond hearing, Cedric Cid (partner) and Virginia Cid (Mr. Cid's mother) have agreed to sign a $300,000 bond fully secured by a joint property. Additionally, the defense proposes enrollment in a residential drug treatment facility upon release.

Relief sought *(be specific)*:

Release subject to satisfying bond conditions, including $300,000 bond secured by property signed by two title holders, Cedric Cid (partner) and Virginia Cid (Mr. Cid's mother); immediate enrollment into a residential drug treatment facility; drug testing; mental health evaluation; location monitoring with curfew; surrender of all travel documents; travel restriction to Central District of California; and any other conditions the Court deems appropriate.

Counsel for the defendant and plaintiff United States Government consulted on January 17, 2024
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on January 17, 2024.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| January 17, 2024 | /s/ Shannon Coit |
|---|---|
| Date | Moving Party |

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF**
**RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)