Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)
aer@aerlawgroup.com (email)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00564-MWF |
| v. | |
| GILBERTO MARQUEZ | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION** |
| DEFENDANT. | **(18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Gilberto Marquez that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Hon. Rozella A. Oliver _____ by order dated: 11/22/2023

 ☑ denying release and imposing detention under subsection ☑ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
 ☐ ordering release upon certain conditions, or
 ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Similarly situated defendant in the case was granted release with $100,000 bail and a surety without justification

Relief sought *(be specific)*:
Mr. Marquez is asking for reconsideration as he is similarly situated to codefendant, may be able to post bail with surety.

Counsel for the defendant and plaintiff United States Government consulted on January 18, 2024 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on January 18, 2024.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| January 23, 2024 | /s/ Ambrosio E. Rodriguez |
|---|---|
| Date | Moving Party |