| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Shannon Coit, DFPD<br>Office of the Federal Public Defender<br>321 E. 2nd Street<br>Los Angeles, CA 90012 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Arian Alani<br><br>DEFENDANT. | CASE NUMBER<br><br>23-cr-00564-MWF<br><br>**AMENDED SECOND APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant  Arian Alani
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____  by order dated: _____

☑ Magistrate Judge  Rozella A. Oliver  by order dated: November 22, 2023

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

The defense previously sought release with a $200,000 bond partially secured by cash ($20,000) and proposed out-patient treatment. The defense now offers the following terms: Cedric Cid (partner) and Virginia Cid (Mr. Cid's mother) will sign a $300,000 bond fully secured by cash (the defense initially offered a property bond in the same amount in its second application, Ms. Cid is now traveling and unavailable to complete a property bond). Additionally, Mr. Alani has now completed the intake process for residential drug treatment and an open bed is being held for him.

Relief sought *(be specific)*:

Release subject to satisfying bond conditions, including $300,000 bond secured by cash signed by two sureties, Cedric Cid (partner) and Virginia Cid (Mr. Cid's mother); immediate enrollment into a residential drug treatment facility; drug testing; mental health evaluation; location monitoring with curfew; surrender of all travel documents; travel restriction to Central District of California; and any other conditions the Court deems appropriate.

Counsel for the defendant and plaintiff United States Government consulted on January 17, 2024 & February 6, 2024 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to  ☑ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on January 17, 2024 (email notice given on Feb. 6, 2024)

An interpreter is  ☐ required  ☑ not required. Language _____
Defendant is  ☑ in custody  ☐ not in custody.

| February 6, 2024 | /s/ Shannon Coit on behalf of Arian Alani |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF**
**RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)