Name & Address:

Shannon Coit, DFPD
Office of Federal Public Defender
321 East Second Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 23-CR-00564-MWF |
| v. | |
| Arian Alani | NOTIFICATION RE: AMENDED SECOND APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Rozella A. Oliver

on  Monday, February 12, 2024  at  10:00  ☒ a.m. ☐ p.m.

in courtroom  590, at 255 E. Temple St., Los Angeles, CA 90012, Roybal Federal Building  .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

Date | Deputy Clerk | Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.

---

**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**
CR-88A (10/09)