Ambrosio E. Rodriguez, State Bar No. 200880
The Rodriguez Law Group
626 Wilshire Blvd. Ste. 460
Los Angeles, CA 90017
Telephone: (213) 995-6767
Facsimile: (213) 995-6368

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRIC OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00564-MWF |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF ERRATA RE: REQUEST FOR BOND HEARING |
| GILBERTO MARQUEZ, | |
| Defendant | |

TO THE HONORABLE JUDGE AND CLERK OF COURT, AND TO ALL PARTIES:

Please be advised that on January 26, 2024, Mr. Ambrosio E. Rodriguez filed a request for a bond hearing for Mr. Gilberto Marquez. Mr. Rodriguez did not include new information that was required for that request, and hereby apologizes to the Court and to all parties. Mr. Rodriguez will respectfully submit an amended request for a bond hearing.

Dated February 6, 2024.

/s/ Ambrosio E. Rodriguez

Ambrosio E. Rodriguez,
Attorney for Mr. Gilberto Marquez.

NOTICE OF ERRATA RE: REQUEST FOR BOND HEARING - 1