Name & Address:

Shannon Coit, DFPD
Office of Federal Public Defender
321 East Second Street
Los Angeles, CA 90012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>Arian Alani<br><br>DEFENDANT. | 23-CR-00564-MWF |
| | **NOTIFICATION RE: AMENDED SECOND APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge _Rozella A. Oliver_

on _Monday, February 12, 2024_ at _10:00_ ☒ a.m. ☐ p.m.

in courtroom _590, at 255 E. Temple St., Los Angeles, CA 90012, Roybal Federal Building_.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

February 8, 2024                    James Munoz                    213-894-1831
Date                                Deputy Clerk                   Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation ☐ Interpreter's Office ☒ PSA.

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE OR DETENTION, (18 U.S.C. §3142)
CR-88A (10/09)