## DECLARATION OF MIRI SONG

I, MiRi Song, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California and am representing the government in <u>United States v. Arian Alani</u>, CR No. 23-564-MFW-2.

2.    Attached hereto as Exhibits 1-4 are true and correct copies laboratory results of controlled substances found on defendant Arian Alani's person on November 22, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 9, 2024.

                                    /S/ *MiRi Song*
                                    MIRI SONG