# EXHIBIT 3

Case 2:23-cr-00564-MWF   Document 119-4   Filed 02/09/24   Page 2 of 2   Page ID #:379



**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

# Chemical Analysis Report

Los Angeles HIDTA TFG
1340 West Sixth Street
Los Angeles, CA 90017

**LIMS Number:** 2023-SFL8-07085

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 14 | Cocaine | 19.7 g ± 0.2 g | ---- | ---- |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 11/27/2023    **Gross Weight:** 71.3 g    **Date Received by Examiner:** 11/30/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 14 | 1 | Ziplock Plastic Bag | Powder | 19.7 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Cocaine identified in 1 unit(s) tested.

| Exhibit | Summary of Test(s) |
|---|---|
| 14 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  James S. Joseph, Senior Forensic Chemist    **Date:** 12/08/2023
**Approved By:** /S/  Andrea N. Larick, Senior Forensic Chemist    **Date:** 12/08/2023

DEA Form 113 September 2023    Page 1 of 1