ESCOVAR LAW, APC
STEVE ESCOVAR, Attorney at Law
State Bar Number: 174961
78 Orange Place
Pasadena, California 91105
Telephone: (626) 577-7700
Facsimile: (626) 577-7749
Email: escovar@escovarlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cr-00564-MWF-6 |
| v. | |
| ZOILA MICHELLE ESTRADA | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

ZOILA MICHELLE ESTRADA  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby requests that the Court approve the substitution of STEVE ESCOVAR
                                                            *New Attorney*

as attorney of record instead of CARLOS L. JUAREZ
                                   *Present Attorney*

Dated 2-22-24

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 2/29/2024

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 02/16/2024

*Signature of New Attorney*

174961
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)                REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY