# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATED OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cr-00564-MWF-6 |
| v. | |
| ZOILA MICHELLE ESTRADA | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

ZOILA MICHELLE ESTRADA    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute STEVE ESCOVAR                                                          who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

78 ORANGE PLACE
*Street Address*

PASADENA, CA 91105              escovar@escovarlaw.com
*City, State, Zip*                *E-Mail Address*

(626) 577-7700       (626) 577-7749       174961
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record instead of CARLOS L. JUAREZ
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for

**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____       _____
                                    U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY