**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 23-564-MWF-06 |
| v. | |
| 6. ZOILA MICHELLE ESTRADA, | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

ZOILA MICHELLE ESTRADA    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute    STEVE ESCOVAR    who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

78 Orange Place
*Street Address*

Pasadena, CA 91105              escovar@escovarlaw.com
*City, State, Zip*                *E-Mail Address*

(626) 577-7700       (626) 577-7749       174961
*Telephone Number*    *Fax Number*       *State Bar Number*

as attorney of record instead of   Carlos L. Juarez
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☒ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____
**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated February 28, 2024

*/s/ Michael W. Fitzgerald*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)    ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY