**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br>v.<br><br><br><br>                              DEFENDANT. | CASE NUMBER<br><br><br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☐ Magistrate Judge _____ by order dated: _____

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:



Relief sought *(be specific):*



Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☐   Telephonic notice given to   ☐ AUSA   ☐ Defendant's Counsel   ☐ PSA   ☐ Interpreter   ☐ USM   ☐ Probation
on _____ .

An interpreter is   ☐ required   ☐ not required.  Language _____
Defendant is   ☐ in custody   ☐ not in custody.

_____                    _____
Date                                                              Moving Party