**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>PLAINTIFF<br>v.<br><br><br><br>DEFENDANT. | CASE NUMBER<br><br><br><br>**NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐  is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐  is not approved.

☐  Other: _____

An interpreter is  ☐ required  ☐ is not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____         _____         _____
Date                                              Deputy Clerk                                     Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.

NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A  (10/09)