Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)
aer@aerlawgroup.com (email)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. | 2:23-cr-00564-MWF |
| GILBERTO MARQUEZ | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION |
| DEFENDANT. | (18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☑ defendant Gilberto Marquez
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Hon. Rozella A. Oliver _____ by order dated: 11/22/2023

☑ denying release and imposing detention under subsection ☑ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Similarly situated defendant in the case was granted release with $100,000 bail and a surety without justification. Two previous hearings were held before Hon. Rozella Oliver. There were errors in pretrial services report, and two new family members are also available for posting bond. See motion filed concurrent to this application.

Relief sought *(be specific)*:

Mr. Marquez would be seeking bond, with an ankle monitor that is restricted to home, work, church, court and attorney's office, and a $100,000 unsecured bond signed by his mother, Ms. Emilia Ruiz Rodriguez. Ms. Ruiz Rodriguez's Date of Birth is 04/05/62. Her address is 11550 Poema Place, Unit 102, Chatsworth, CA 91311. Ms. Marquez erroneously reported income as being monthly, when she meant to say weekly. New family members are also available to post bond.

Counsel for the defendant and plaintiff United States Government consulted on January 18 and February 5, 2024
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on February 5, 2024 (via email).

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| March 6, 2024 | /s/ Ambrosio E. Rodriguez |
|---|---|
| Date | Moving Party |