Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>GILBERTO MARQUEZ<br><br>DEFENDANT | CASE NUMBER<br><br>2:23-cr-00564-MWF<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |
|---|---|

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☐ in custody ☐ not in custody.

Clerk, U. S. District Court

_____  _____  _____
Date            Deputy Clerk              Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.