Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>GILBERTO MARQUEZ  (4)<br><br>DEFENDANT. | 2:23-cr-00564-MWF -4 |
| | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

[X] is approved.  The matter is set on calendar for hearing before:

☐  District Judge _____

[X] Magistrate Judge _____Rozella A. Oliver_____

on _____March 18, 2024_____ at ___2:00_____ ☐ a.m. [X] p.m.

in courtroom ____Roybal courtroom 590_____.

☐   is not approved.

☐   Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  [X] in custody  ☐ not in custody.

Clerk, U. S. District Court

____03/13/2024_____      _____J. Muñoz_____      ___213/894-1831_____
Date                                        Deputy Clerk                                 Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  [X] PSA.

---

NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)