# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR23-564 MWF-1 |
| v. | |
| Erick Estrada, Reg 10477-506 | |
| DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable Rozella A. Oliver,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make  ☐ _____ social  ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith    ☐ as soon as possible    ☐ as requested, at suitable times

☐ Allowed social visits    ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to  ☐ MDCLA  ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for skin psoriasis
~~A report regarding this examination/treatment is to be submitted to the court on or before~~

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☒ Other Please notify Court only of when the defendant has received treatment.

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: 03/18/2024                    By: J. Muñoz
                                                                CLERK U.S. DISTRICT COURT
                                                                Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____              _____              _____
Name (Print)                              Title                              Signature

*cc:* ☒ *MDC*, ☒ *Cell block*

CR-53  (10/22)                    **ABSTRACT OF COURT PROCEEDING**