Ambrosio E. Rodriguez, State Bar No. 200880
The Rodriguez Law Group
626 Wilshire Blvd. Ste. 460
Los Angeles, CA 90017
Telephone: (213) 995-6767
Facsimile: (213) 995-6368

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRIC OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00564-MWF |
|---|---|
| Plaintiff, | |
| vs. | NOTICE TO TAKE MATTER OFF OF CALENDAR PENDING NEW FILING OF BOND REQUEST |
| GILBERTO MARQUEZ, | |
| Defendant | |

TO THE HONORABLE JUDGE AND CLERK OF COURT, AND TO ALL PARTIES:

Please be advised that Mr. Ambrosio E. Rodriguez filed a request for a bond hearing for Mr. Gilberto Marquez. Mr. Rodriguez has since discovered new information the bond request hearing, and hereby requests that the matter be take the matter off calendar, and Mr. Rodriguez will respectfully submit a new request for a bond hearing.

Dated March 20, 2024.

/s/ Ambrosio E. Rodriguez

Ambrosio E. Rodriguez
Attorney for Mr. Gilberto Marquez.

NOTICE TO TAKE MATTER OFF OF CALENDAR PENDING NEW FILING OF BOND REQUEST - 1