**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>ZOILA MICHELLE ESTRADA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 23-564-MWF-06<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
No proposed Order was filed with the Request. See http://www.cacd.uscourts.gov/e-filing/proposed-documents and this Court's Procedures and Schedules.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Request for Approval of Substitution of Attorney | 3/28/2024 (Docket No. 136) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

March 29, 2024
Date

_/s/ Michael W. Fitzgerald_
United States District Judge