# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s) <br><br> v. <br><br> Defendant(s) | CASE NUMBER <br><br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

_____ ☐ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____    _____
*City, State, Zip*                                                      *E-Mail Address*

_____   _____   _____
*Telephone Number*                  *Fax Number*                          *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
*List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____          _____
                                                                         U. S. District Judge/U.S. Magistrate Judge