**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>ZOILA MICHELLE ESTRADA,<br><br>Defendant(s) | CASE NUMBER<br><br>23CR00564-MWF-6<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

ZOILA MICHELLE ESTRADA    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute   COLIN RUDOLPH AND STEPHEN P. WHITE   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 WEST A STREET SUITE 200
*Street Address*

SAN DIEGO, CA, 92154          colin@therudolphfirm.com
*City, State, Zip*            *E-Mail Address*

619-321-7949     619-566-4746     338836 and 125276
*Telephone Number*  *Fax Number*   *State Bar Number*

as attorney of record instead of STEVE ESCOVAR

*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☒ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
is hereby ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   April 3, 2024

*(signature)*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY