Name & Address:
Ambrosio E. Rodriguez (Cal. SBN 200880)
626 Wilshire Blvd. Suite 460
Los Angeles, CA 90017
213-995-6767 (phone)
213-995-6368 (fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br> v. <br><br> GILBERTO MARQUEZ <br><br> DEFENDANT. | CASE NUMBER <br><br> 2:23-cr-00564-MWF <br><br> NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, <br> (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Rozella A. Oliver

on  05/01/2024                                             at  12:00            ☐ a.m.  ☑ p.m.

in courtroom  Roybal 590                                                           .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

04/26/2024                           J. Muñoz                                   894-1831
Date                                 Deputy Clerk                               Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☑ PSA.