# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.: CR23-564 MWF-4 _____    Date: 05/06/2024 _____

Title: U.S.A. v. Gilberto Marquez _____

Present: The Honorable Rozella A. Oliver _____, ☐ District Judge / ☑ Magistrate Judge

| James Muñoz | MiRi Song | CS 05/06/24 |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Court Reporter / Tape No.* |

| Ambrosio Rodriguez | N/A |
|---|---|
| *Counsel for Defendant* | *Interpreter* |

☑ Retd.          ☐ DFPD          ☐ Panel

## PROCEEDINGS: BAIL REVIEW HEARING

Hearing on modification of bail had and Court orders bail as to the above-named defendant modified to:

☐ Personal Recognizance *(Signature only - no $ amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
　☐ With cash deposit *(amount or %)*_____
　☐ With affidavit of surety *(no justification - Form CR-4)*
　☐ With justification affidavit of surety *(Form CR-3)*
　☐ With deeding of property
☐ PSA supervision     ☐ Intensive

☐ Collateral Bond in amount of $_____
　*(Cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____
　*(Corporate Surety Bond requires separate form)*
☐ Surety to be _____
☐ Release NOW and justify by _____
　or appear before Magistrate Judge_____
　on _____ at _____ ☐AM /☐ PM

### THE FOLLOWING ADDITIONAL CONDITIONS OF BAIL HAVE BEEN IMPOSED BY THE COURT

☐ Defendant is to surrender to the Clerk of Court any passport issued in his/her name and not apply for the issuance of a passport during the pendency of this case.
☐ Bail is subject to a Nebbia Hearing.
☐ Travel restricted to Central District/California; other _____
☐ Defendant to reside with _____
☐ Defendant is not to use or possess illegal drugs.
☐ Defendant is not to use or possess firearms.
☐ Defendant is to cooperate with Pretrial Services in a drug treatment and testing program.
☐ Defendant is to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.
☐ Defendant is not to commit any federal, state or local crimes.
☐ Defendant is to avoid places of egress, i.e., airports, bus terminals, seaports, etc.
☐ Other conditions: _____
_____

☐ Date Bond Posted: _____     ☐ Release ordered. No. _____

### FURTHER ORDER OF THE COURT

☑ Motion for bail is DENIED.
☐ Case continued to _____ at _____ ☐ AM / ☐ PM for _____
☐ Other: _____
_____

cc: Defense Attorney
Assistant U.S. Attorney
☐ USPO
☑ PSALA, ☐ PSASA, ☐ PSAED

_____ : ___15___

By: jm _____