# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 23-CR-564-MFW |
| v. | |
| ERICK ESTRADA, | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

ERICK ESTRADA   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  MEGHAN BLANCO  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

28202 CABOT ROAD, SUITE 300
*Street Address*

LAGUNA NIGUEL, CA 92677          mblanco@meghanblanco.com
*City, State, Zip*                *E-Mail Address*

(949) 296-9869                              238171
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of   JOHN KELLY

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                              U. S. District Judge

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY