**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 23-564-MWF |
| v. | |
| ERICK OVED ESTRADA, | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Erick Oved Estrada                    ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute  Meghan Blanco                                                who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

28202 Cabot Road, Suite 300

Laguna Niguel, CA 92677              *Street Address*    mblanco@meghanblanco.com
*City, State, Zip*                                        *E-Mail Address*

(949) 296-9869                                           238171
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of  John Kelly
                                   *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of _____
                                   *List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/
substituting attorney(s) in this case.

Dated  May 9, 2024

U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)          ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY