UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 23-564-MWF**                                               Dated: **JUNE 24, 2024**
================================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Yolanda Skipper | Court Smart | MiRi Song |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Present |

================================================================================

U.S.A. v. Gilberto Marquez                         Attorneys for Defendants

   Present - Custody                                  Ambrosio E. Rodriguez
                                                      Present - Appointed

PROCEEDINGS:  STATUS CONFERENCE ON MOTION [149]

Case called, and counsel make their appearance.

The Court excuses government counsel from the courtroom and seals the transcript and courtroom for this portion of the hearing. The Court then unseals the courtroom and invites government counsel to return. The Court will grant the motion [149] to withdraw on the assumption that the defendant qualifies for an appointed counsel. The Court will await the defendant to file his financial statement and at that point the Court will relieve his present counsel. For reasons stated on the record, the Jury Trial remains set for November 12, 2024.

CC: USPO