George A. Quevedo
Law Office of George A. Quevedo
2414 S Garfield Avenue
Monterey Park, CA 91754
323-887-7548 Office

Attorney for defendant, Tomas Marquez-Ruiz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA<br><br>PLAINTIFF,<br><br>V.<br><br>TOMAS MARQUEZ-RUIZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-CR-0564-MWF<br><br>AMENDED STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS AND RELEASE |

TO THE HONORABLE MAGISTRATE JEAN P ROSENBLUTH AT THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, TO THE ASSISTANT UNITED STATES ATTORNEY, MARI SONG AND TO US PROBATION AND PRETRAIL SERVICES OFFICER, CHRISTIANNE ELLIOT AND/OR ITS REPRESENTATIVES:

I, George A. Quevedo, declare the following: On Dec 19, 2023, Defendant Tomas Marques-Ruiz, was ordered released under $100,000 appearance bond. Mr. Marquez-Ruiz was ordered to participate in the location monitoring program on home detention. On July 8, 2024, US Attorney Mari Song agreed to stipulate having Mr. Marquez-Ruiz from location monitoring modified to curfew monitoring as suggested by US Probation and Pretrial Services Officer Christianne Elliot.

Defendant Mr. Tomas Marquez-Ruiz has performed well under his current location monitoring home detention since December 19, 2023 and with no violations. He is requesting a modification to help with taking care of his three (3) children. His wife has a fulltime job and seeking a degree in nursing. As the owner of the business, defendant's trucking business needs his personal and direct attention to continue the business of deliveries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11th__ day of __July__ 2024 at Monterey Park, California.

Respectfully submitted by

_/s/ George A. Quevedo_
George A. Quevedo
Attorney at Law

AMENDED STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS AND RELEASE