George A. Quevedo
Law Office of George A. Quevedo
2414 S Garfield Avenue
Monterey Park, CA 91754
323-887-7548 Office

Attorney for defendant, Tomas Marquez-Ruiz

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | |
| V. | 2:23-CR-0564-MWF |
| TOMAS MARQUEZ-RUIZ | ORDER FOR MODIFICATION OF CONDITIONS AND RELEASE |
| DEFENDANT(S). | |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 12 for defendant TOMAS MARQUEZ-RUIZ, imposing location monitoring be modified and have Probation and Pretrial Services be allowed to change his condition release from location monitoring to curfew monitoring as suggested by Probation and Pretrial Services.

APPROVED:

_____    _____
UNITED STATES MAGISTRATE                                                    DATE

ORDER FOR MODIFICATION OF CONDITIONS AND RELEASE