EDWARD A. ESQUEDA, ESQ. #146057
Law Office of Edward A. Esqueda
3101 W. BEVERLY BLVD., SUITE 101
MONTEBELLO, CALIFORNIA 90640

TELEPHONE: (323)727-7763
Email: eaejustice@att.net

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: 2:23-CR-00564-MWF |
|---|---|
| Plaintiff(s) | |
| v. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| GILBERTO MARQUEZ, | |
| Defendant(s). | |

The Court hereby orders that the request of:

__GILBERTO MARQUEZ__   Plaintiff   **x** Defendant   Other _____
*Name of Party*

to substitute __EDWARD A. ESQUEDA, ESQ.__ who is

**x** Retained Counsel     Counsel appointed by the Court (Criminal cases only)     Pro Se

__3101 W. Beverly Blvd., Suite 101__
*Street Address*

__Montebello, California 90640__                    __eaejustice@att.net__
*City, State, Zip*                                   *E-Mail Address*

__(323)727-7763__           __(323)530-0456__           __146057__
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of __Ambrosio E. Rodriguez, Esq.__
*Present Attorney*

**is hereby**     **GRANTED**     **DENIED**

Dated _____, 2024     _____
                                  U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (06/13)       ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY