EDWARD A. ESQUEDA, ESQ. #146057
Law Office of Edward A. Esqueda
3101 W. BEVERLY BLVD., SUITE 101
MONTEBELLO, CALIFORNIA 90640

TELEPHONE: (323)727-7763
Email: eaejustice@att.net

Attorney for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: 2:23-CR-00564-MWF - 04 |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| GILBERTO MARQUEZ, | |
| Defendant(s). | |

The Court hereby orders that the request of:

__GILBERTO MARQUEZ__    ___ Plaintiff    **X** Defendant    Other _____
*Name of Party*

to substitute __EDWARD A. ESQUEDA, ESQ.__ who is

**x** Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__3101 W. Beverly Blvd., Suite 101__
*Street Address*

__Montebello, California 90640__        __eaejustice@att.net__
*City, State, Zip*                          *E-Mail Address*

__(323)727-7763__        __(323)530-0456__        __146057__
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of __Ambrosio E. Rodriguez, Esq.__
*Present Attorney*

**is hereby    GRANTED.**

Dated __July 24__, 2024

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge