| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| MEGHAN BLANCO (238171)<br>Law Offices of Meghan Blanco<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677<br>mblanco@meghanblanco.com | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>ERICK ESTRADA,<br><br><br>DEFENDANT. | CASE NUMBER<br><br>23-CR-564-MWF<br><br>APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING |
|---|---|

Application is made by ☐ plaintiff ☑ defendant ERICK ESTRADA
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Oliver _____ by order dated: 3/18/24

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Mr. Estrada's medical conditions, which have not been addressed by MDC, as well as the availability of additional sureties, including related sureties who are willing to post secured property bonds. I have conferred with the AUSA. She may still be in trial on the 7th. In the event she is, counsel is requesting the earliest date after 10/15.

Relief sought *(be specific):*
Release to home confinement with electronic monitoring, secured by a 500K bond secured by a combination of affidavits of sureties and real property.

Counsel for the defendant and plaintiff United States Government consulted on 9/23, 10/2 -- AUSA may be in trial
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 10/2/24 | ERICK ESTRADA |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)