# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Arian Alani,<br><br>　　　　Defendant. | Case No. 23-cr-00564-MWF<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL** |

　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the following documents, lodged herewith, shall be filed under seal: *Ex Parte* Application for Order Permitting Temporary Release of Arian Alani to Attend His Partner's Memorial Service and Declaration of Counsel.

**OR**

　　NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Arian Alani's application to file under seal is DENIED.  The defense asks the Court to order the Clerk to return the *Ex Parte* Application for Order Permitting Temporary Release of Arian Alani to Attend His Partner's Memorial Service and Declaration of Counsel to the Office of the Federal Public Defender.

DATED: 　　　　　　　　　　By _____
　　　　　　　　　　　　　　　HON. MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　United States District Judge