# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>2)  ARIAN ALANI,<br><br>      Defendant. | Case No. 23-cr-00564-MWF - 02<br><br>**ORDER DENYING EX PARTE APPLICATION PERMITTING TEMPORARY RELEASE OF ARIAN ALANI TO ATTEND HIS PARTNER'S MEMORIAL SERVICE** |

    The Court has reviewed Defendant Arian Alani's Ex Parte Application for Order Permitting Temporary Release to Attend His Partner's Memorial Service; Declaration of Counsel (the "Release Application"), filed under seal on February 5, 2025. The Court has also reviewed the docket in this matter, the Pretrial Services Report for and the rough transcript of the bail hearing held before this Court on April 15, 2024.

    The Court extends condolences to Mr. Alani for his loss. However, the Court finds that the same factors that led to the denial of Mr. Alani's bail review request do not permit the Court to grant his request for temporary release. Therefore, the Release Application is **DENIED**.

DATED: February 5, 2025

                                          MICHAEL W. FITZGERALD
                                          United States District Judge