UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-564-MWF-1 |
| Plaintiff, | [proposed] ORDER |
| v. | |
| ERICK OVED ESTRADA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants defendant Erick Oved Estrada's ex parte application for orders directing the US Marshal Service and/or Bureau of Prisons to provide Mr. Estrada with appropriate medical care to treat his psoriasis and abdominal hernia. The US Marshal Service and/or Bureau of Prisons are directed to have Mr. Estrada seen by a medical doctor and shall report all corrective actions taken to this Court and to defense counsel by March 3, 2025.

**SO ORDERED**, this _____ day of _____, 2025.

_____
THE HONORABLE MICHAEL W. FITZGERALD