JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
Chief, Domestic Security & Immigration
  Crimes Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2262
     Facsimile: (213) 894-0142
     E-mail:    miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-564-MWF-1 |
| Plaintiff, | GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER DIRECTING THE MARSHAL SERVICE AND THE BUREAU OF PRISONS TO PROVIDE APPROPRIATE MEDICAL TREATMENT TO DEFENDANT ESTRADA |
| v. | |
| ERICK OVED ESTRADA, ET AL., | |
| **Erick Oved Estrada (#1),** | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney MiRi Song, hereby files its non-opposition to defendant Erick Oved Estrada's Ex Parte Application.

//
//
//
//

This non-opposition is based upon the attached declaration of MiRi Song.

DATED: February 28, 2025

JOSEPH T. MCNALLY  
Acting United States Attorney

LINDSEY GREER DOTSON  
Assistant United States Attorney  
Chief, Criminal Division

*/s/ MiRi Song*  
MIRI SONG  
Assistant United States Attorney  
Attorneys for Plaintiff  
UNITED STATES OF AMERICA

**DECLARATION OF MIRI SONG**

I, MiRi Song, declare and state as follows:

1. I am the Assistant United States Attorney for the Central District of California assigned to the prosecution of <u>United States v. Erick Oved Estrada, et al.</u>, CR No. 23-564-MFW-1. I make this declaration in support of the government's non-opposition to defendant Erick Oved Estrada's ("defendant") <u>Ex Parte</u> Application for Order Directing the Marshal Service and the Bureau of Prisons to Provide Appropriate Medical Treatment.

2. On Monday, February 24, 2025, defendant, by and through his counsel, submitted an <u>ex parte</u> application explaining his need for medical treatment and his inability to secure treatment.

3. The government lacks knowledge about defendant's medical condition and is unable to opine whether treatment is needed or how the Marshal Service of the Bureau of Prisons can best address this need. To the extent that defendant requires urgent medical treatment, the government does not oppose his request for treatment.

4. Considering the above, the government defers to the Marshal Service and the medical professionals within the Bureau of Prison on how and when they can best comply with the Court's order for medical treatment for defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 28, 2025.

　　　　　　　　　　　　　　　　　　　　　　*/s/ MiRi Song*
　　　　　　　　　　　　　　　　　　　　　　MIRI SONG
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney