UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-564-MWF-1 |
| Plaintiff, | [proposed] ORDER |
| v. | |
| ERICK OVED ESTRADA, | |
| Defendant. | |

   GOOD CAUSE HAVING BEEN SHOWN, this Court GRANTS defendant Erick Oved Estrada's ex parte application for orders directing the US Marshal Service and/or Bureau of Prisons to provide Mr. Estrada with appropriate medical care to treat his psoriasis and abdominal hernia. The Bureau of Prisons ("BOP") is directed to have Mr. Estrada evaluated by a medical doctor and to report all steps to be taken regarding treatment to this Court and to defense counsel by March 17, 2025.  The BOP's medical report is to be emailed to the Court at RAO_Chambers@cacd.uscourts.gov and to defense counsel's email address as listed on the docket.

**SO ORDERED,** this 5th day of March, 2025.

_____
HONORABLE ROZELLA A. OLIVER
U.S. Magistrate Judge